EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte | 2010 TSPR 136 |
| Mario E. Vélez Martínez | 179 DPR _____ |

Número del Caso: TS-3989

Fecha: 15 de julio de 2010

Abogado de la Parte Peticionaria:

        Por Derecho Propio

Oficina del Procurador General

        Lcda. Irene S. Soroeta Kodesh
        Procuradora General

Materia: Baja voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte


                                    3989
Mario E. Vélez Martínez




Sala de Verano integrada por la Jueza Asociada señora Fiol Matta, como su Presidenta, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Martínez Torres.


RESOLUCIÓN

San Juan, Puerto Rico, a 15 de julio de 2010

Examinada la Moción Solicitando Baja Voluntaria presentada por el Lcdo. Mario E. Vélez Martínez, así como la comunicación de la Procuradora General, se autoriza su baja voluntaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                        Aida Ileana Oquendo Graulau
                        Secretaria del Tribunal Supremo